## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Shawna Weir, Deportation Officer (DO) with the Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge and belief.

1.  I am a DO with ICE and have been employed in this position since August 2014. I previously held the title of Immigration Enforcement Agent (IEA) from April 2007 until August 2014. I successfully completed the Immigration Officer Basic Training Course (ICE-D) at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia in August 2007. As a DO with ICE, I am currently assigned to the Prosecutions Unit at the Denver Field Office. I have been permanently assigned to this unit since March 2018. As a DO, I am charged with enforcing the immigration and nationality laws of the United States. In support of these duties, I am regularly tasked with locating and apprehending individuals determined, through the course of my investigation, to be unlawfully present in and removable from the United States, and amenable to federal criminal charges.

2.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and/or witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant(s) and does not set forth all of my knowledge about this matter.

3.  This affidavit is provided in support of an application for a search warrant and a criminal complaint and arrest warrant for Cupatzieeri BARCENAZ-De Paz. I submit that, based on the facts set forth below, there is probable cause to believe that, on April 26, 2019, in the State and District of Colorado, the defendant, Cupatzieeri BARCENAZ-De Paz, an alien, was found in the United States after having been denied admission, excluded, deported, and or removed from the

United States, on or about March 13, 2018, subsequent to having been convicted of a crime which constitutes an aggravated felony, who then returned to the United States without the express consent of proper legal authority to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a) & (b)(2). I further submit there is probable cause to believe that evidence of BARCENAZ' unlawful re-entry is present within the residence located at 301 East Malley Drive, Apartment # 345, Northglenn, CO 80233.

4.  I have reviewed all applicable immigration records related to BARCENAZ, including administrative file 098 486 234 and all available electronic databases. From those records, I have determined that BARCENAZ is a native and citizen of Mexico. BARCENAZ claimed to have originally entered the United States on or about June 21, 1999, at an unknown location. On November 1, 2012, BARCENAZ adjusted status to that of a Lawful Permanent Resident of the United States. On January 19, 2018, BARCENAZ was ordered removed from the United States by an Immigration Judge, in Chaparral, New Mexico. BARCENAZ was subsequently removed from the United States to Mexico on March 13, 2018, through El Paso, Texas. He illegally re-entered the country sometime on or after March 13, 2018, at an unknown location. No record was found to indicate BARCENAZ ever obtained consent from the Attorney General of the United States, or from the Secretary of the Department of Homeland Security, for readmission into the United States, subsequent to his removal on March 13, 2018.

5.  On April 26, 2019, ICE determined that BARCENAZ had reentered the U.S. upon receiving a biometric hit confirmation, based on fingerprint identification, from the Law Enforcement Support Center (LESC), after he was detained by local law enforcement in Thornton, Colorado. The Thornton Police Department encountered and cited BARCENAZ on suspicion of Driving Under the Influence (DUI). At time of initial encounter, BARCENAZ presented a "U.S.

Resident Card" bearing his photo, along with the name "Eduardo Ramirez" and a date of birth of July 17, 1995. (Records checks confirm the Alien Registration Number listed on the card is a valid number assigned to a female native of Brazil and naturalized U.S. citizen.) BARCENAZ was transported to the Thornton Police Substation, issued a summons and complaint for DUI, and released on April 27, 2019. Throughout the encounter, BARCENAZ verbally identified himself as, and signed all paperwork under the name "Eduardo Ramirez". Thornton officials did not learn of BARCENAZ' true identity until after his release, based on the booking fingerprints previously obtained. ICE then received notification of the encounter, via ACRIME, several hours after his release from custody. BARCENAZ is currently at-large.

6. On May 8, 2019, I was able to obtain fingerprint impressions taken from BARCENAZ during his encounter with the Thornton Police Department on April 26, 2019. These prints were then compared with the executed I-205, verifying his removal from the United States on March 13, 2018. These prints were analyzed by the Colorado Bureau of Investigation and positively determined to be a match.

7. I further submit as evidence of illegal reentry, that, when contacted by the Thornton Police Department on April 26, 2019, BARCENAZ claimed he was presently residing at 301 East Malley Drive, Apartment # 345, Northglenn, CO 80233. On May 1, 2019, ICE Fugitive Operations DO Martin Mendez conducted routine surveillance at the reported address and, at approximately 0630 hours, visually identified BARCENAZ as he exited the area immediately adjacent to apartment # 345 and onto a walkway leading towards the parking lot. Once in the parking lot, BARCENAZ was observed getting into the driver's seat of a black Jeep Grand Cherokee bearing Colorado plate CIV960 (VIN# 1J4GW48S3YC297540), which is registered to "Gema Barcenaz". Information found within his administrative file confirms this individual is, in fact, BARCENAZ' sister. On

May 8, 2019, ICE Supervisory Detention & Deportation Officer (SDDO) Kevin Cruz, repeated surveillance at the reported address and, at approximately 0638 hours, observed BARCENAZ depart the building in the same area and enter the same vehicle, as was observed by DO Mendez on May 1, 2019.

8. A review of court records determined the following: BARCENAZ was, on June 20, 2017, convicted in the 243rd District Court of Texas, El Paso County, for the Offense of Sexual Assault on a Child, a 2nd Degree Felony in violation of 22.011(A)(2) PC, for which BARCENAZ was placed on community supervision for a period of ten (10) years. BARCENAZ was, on March 2, 2016, convicted in the 41st District Court of Texas, El Paso County, for the offense of Possession of a Controlled Substance, to wit: Methamphetamine, a Class A Misdemeanor offense in violation of section 481-116(b) of the Texas Health & Safety Code), for which BARCENAZ was sentenced to one (1) day of confinement.

9. Based on my training and experience, and the experience of the Fugitive Operations Team members assisting in this case, I am aware that individuals routinely maintain within the confines of their residence, information and documentation related to their identity. Based on the results of this investigation, there is probable cause to believe that BARCENAZ resides in apartment # 345 of the Aspen Park Apartments, located at 301 East Malley Drive in Northglenn, in Adams County, Colorado.

I, Shawna Weir, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

s/ *Shawna Weir*  
Shawna Weir, Deportation Officer  
IMMIGRATION AND CUSTOMS ENFORCEMENT

Subscribed to and sworn to me in my presence this 14th, day of May 2019.

_____
UNITED STATES MAGISTRATE
DISTRICT OF COLORADO

Reviewed and submitted by Assistant United States Attorney Daniel R. McIntyre.